IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS, PEORIA DIVISION

| | |
|---|---|
| SOUTHERN ILLINOIS UNIVERSITY SCHOOL OF MEDICINE, | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| -vs- | )   No.  18-CV-1092<br>) |
| UNITED STATES DEPARTMENT OF LABOR, et al., | )<br>)<br>) |
| Defendants. | ) |

## SCHEDULING ORDER

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, a scheduling conference was held on October 4, 2018 with Attorneys David Gearhart, Hilary Frooman, and Jesse Grauman.  TIME LIMITS AND SETTINGS ARE ORDERED AS FOLLOWS:

1.      Initial disclosures under Rule 26 are not required as the case involves judicial review of a final decision by the Administrative Review Board of the Department of Labor.

2.      No motions to join other parties or to amend the pleadings to be filed after October 19, 2018.

3.      Because this case seeks judicial review of a Final Decision and Order handed down by the Administrative Review Board of the Department

of Labor, a modified schedule allowing the parties to file dispositive motions prior to initiating discovery is appropriate.

4. Defendants shall filed the Certified Administrative Record on or before November 19, 2018. Any motion to supplement the Administrative Record or to otherwise challenge the Administrative Record shall be filed by January 7, 2019. Any opposition to a motion to supplement shall be filed by February 4, 2019.

5. Any amicus briefs must be filed by March 4, 2019.

6. Plaintiff's motion for summary judgment shall be filed by March 4, 2019. Defendants' consolidated opposition to Plaintiff's motion for summary judgment shall be filed by April 4, 2019. Plaintiff's consolidated reply in support of its motion for summary judgment and opposition to Defendants' motion for summary judgment shall be filed by May 6, 2019. Defendants' reply in support of their motion for summary judgment shall be filed by June 5, 2019.

7. If the case is not resolved by ruling on motions for summary judgment, the Court will reschedule a Rule 16 conference and put into place additional deadlines if necessary.

8. No final pretrial or bench trial dates scheduled at this time.

ENTERED: October 4, 2018

_____s/ Tom Schanzle-Haskins_____
TOM SCHANZLE-HASKINS
UNITED STATES MAGISTRATE JUDGE