UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| SOUTHERN ILLINOIS UNIVERSITY SCHOOL OF MEDICINE, 801 N. Rutledge Street, Springfield, IL 62702, <br><br>  Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF LABOR, R. ALEXANDER ACOSTA, in his official capacity as Secretary of Labor, 200 Constitution Ave., N.W. Washington, D.C. 20210, <br><br>  Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Cause No. 1:18-cv-01092-JES-JEH |

**CONSENT MOTION FOR AN EXTENSION OF TIME
FOR THE FILING OF AMICUS BRIEFS**

COME NOW Plaintiff Southern Illinois University School of Medicine ("Plaintiff"), by and through its undersigned counsel, and with the consent of Defendants United States Department of Labor and R. Alexander Acosta, in his Official Capacity as Secretary of Labor ("Defendants"), and hereby requests a thirty (30) day extension of the deadline for the filing of any amicus brief, up to and including, Wednesday, April 3, 2019.  In support of this Motion, Plaintiff states:

1. This is an action under the Administrative Procedure Act ("APA") whereby Plaintiff seeks judicial review of the Final Decision and Order handed down by the Administrative Review Board of the Department of Labor on January 29, 2018 regarding the calculation of the required wage of former University employee Dr. Sajida Ahad under the Immigration and Nationality Act's H-1B program.

2. As set forth in the Scheduling Order entered on October 4, 2018, any amicus briefs in this matter must be filed by March 4, 2019.

3. Plaintiff requests to extend the deadline for the filing of any amicus briefs thirty

(30) days, up to and including, Wednesday, April 3, 2019.

4.     This request is not made for any improper purpose, and no party will suffer any prejudice if the requested extension is granted.

5.     Counsel for Defendants have consented to the requested extension, with the understanding that given that Defendants' principal brief is due on April 4 (one day after the new proposed deadline for amicus briefs), Plaintiff would not object to allowing Defendants the opportunity to respond to any amicus brief in their Reply brief, due on June 5, or to the submission of any motion for leave to extend the number of pages allowed in Defendants' Reply under Local Rules. Plaintiff would not object to any such relief, and affirmatively requests that Defendants be permitted to respond to any amicus briefs in their Reply brief.

WHEREFORE, Plaintiff Southern Illinois University School of Medicine respectfully requests a thirty (30) day extension of the deadline for the filing of any amicus brief, up to and including Wednesday, April 3, 2019, an Order allowing Defendants an opportunity to respond to arguments raised by any *amici* in their Reply brief, and providing such other and further relief as this Court deems just and proper.

DATED: February 21, 2019          Respectfully submitted,

**LEWIS RICE LLC**

By: /s/ Jerina D. Phillips
David W. Gearhart, 6274978
Sarah E. Mullen, 6298585
Jerina D. Phillips, #65103MO
600 Washington Ave., Suite 2500
St. Louis, Missouri 63101
(314) 444-1302 (telephone)
(314) 612-1302 (facsimile)
dgearhart@lewisrice.com
smullen@lewisrice.com
jphillips@lewisrice.com

*Attorneys for Southern Illinois University School of Medicine*

2

**CERTIFICATE OF SERVICE**

    I hereby certify that, on February 21, 2019, a copy of the above and foregoing was served via this Court's electronic filing system to all counsel of record.

                                                    /s/ Jerina D. Phillips